UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2103

| | | |
|---|---|---|
| Greg Wersal et al. | ) | |
| | ) | |
| v. | ) | DISQUALIFICATION ORDER |
| | ) | |
| Charles E. Lundberg et al. | ) | |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. § 455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action, pursuant to this Court's Assignment of Cases Order, filed February 5, 1993.

Dated: September 11, 2000

JAMES M. ROSENBAUM
United States District Judge

(4)

PLEASE USE NEW CASE NUMBER

00-2103 MJD/JGL