# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Greg Wersal, individually; Greg Wersal for Supreme Court Committee, a Judicial Campaign Committee and Association

v.

Case No. Civil 00-2103 MJD/JGL
**JUDGMENT IN A CIVIL CASE**

Charles E. Lundberg, in his capacity as Chair of the Minnesota Lawyers Professional Responsibility Board, or his successor; and Edward J. Cleary, in his capacity as Director of the Minnesota Office of Lawyers Professional Responsibility or his successor

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiffs' motion for a temporary restraining order is denied;

2. Plaintiffs' complaint is dismissed with prejudice;

3. Plaintiffs and their counsel are hereby ordered to appear before this Court on October 10, 2000, at 9:00 a.m. to show cause why the filing of this lawsuit was not for an improper purpose as contemplated by Rule 11 of the Federal Rules of Civil Procedure. Plaintiffs shall file a brief in support of their position by Friday, September 22, 2000. Defendants may file a responsive brief by Friday, September 29, 2000.

4. In the event plaintiffs file any subsequent lawsuit against the defendants named herein, challenging the constitutionality of Canon 5 of the Minnesota Codes of Judicial Conduct, the clerk of court is directed to assign such case to the undersigned.

DATE: September 14, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(10)