UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Greg Wersal, individually;
Greg Wersal for Supreme
Court Committee, a judicial
Campaign committee and
Association,

Plaintiffs,

v.

ORDER
Civil No. 00-2103 (MJD/JGL)

Charles E. Lundberg, in his capacity
As Chair of the Minnesota Lawyers
Professional Responsibility Board, or
His successor; and Edward J. Cleary,
In his capacity as Director of the
Minnesota Office of Lawyers
Professional Responsibility or his successor,

Defendants.

---

Erick G. Kaardal and William F. Mohrman, Mohrman & Kaardal, P.A. for and on behalf of Plaintiffs.

Thomas C. Vasaly, Assistant Attorney General, State of Minnesota for and on behalf of Defendants.

---

IT IS HEREBY ORDERED that the Court's motion for contempt, scheduled before this Court for hearing Tuesday, November 14, 2000 at 9:30 a.m. is dismissed and the hearing cancelled.

Date: 11-13-00

Michael J. Davis
United States District Court

FILED NOV 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________