# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 00-3494

---

| | | |
|---|---|---|
| Greg Wersal, individually; Greg Wersal for Supreme Court Committee, a judicial campaign committee and association,<br><br>Appellants,<br><br>v.<br><br>Charles E. Lundberg, in his capacity as Chair of the Minnesota Lawyers Professional Responsibility Board, or his successor; Edward J. Cleary, in his capacity as Director of the Minnesota Office of Lawyers Professional Responsibility, or his successor,<br><br>Appellees. | * | Appeal from the United States District Court for the District of Minnesota. |

---

Filed: October 7, 2005

---

SCANNED
NOV - 7 2005
U.S. DISTRICT COURT MPLS

ORDER

The pending appeal is dismissed as moot.

---

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 4, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 00-3494 Greg Wersal vs. Charles E. Lundberg

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

srd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Michael J. Davis
William F. Mohrman
Erick G. Kaardal
Thomas Campion Vasaly

District Court/Agency Case Number(s): CIV 00-2103 MJD/JGL